Marc D. Bender (SBN 156923)
LAW OFFICE OF MARC D. BENDER
177 Bovet Rd., Suite 600
San Mateo, California 94402
(650) 638-2347
marc@benderlaw.net

Attorney for Defendant RED LINE TOWING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| VW CREDIT LEASING LTD,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SAN MATEO; RED LINE TOWING,<br><br>Defendants. | Case No.: 4:23-CV-02884-DMR<br><br>STIPULATION FOR LEAVE TO FILE CROSS-COMPLAINT |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff VW CREDIT LEASING LTD, Defendant THE CITY OF SAN MATEO, and Defendant RED LINE TOWING, as follows:

1. Defendant RED LINE TOWING will have leave to file a Cross-Complaint in this action against Pat's Lien Service.

DATED: December 15, 2023

NICHOLAS DUSTON
Attorney for Plaintiff VW CREDIT LEASING LTD

DATED: ____________

LISA RAUCH
Attorney for Defendant THE CITY OF SAN MATEO

DATED: 12/18/23

MARC D. BENDER
Attorney for Defendant RED LINE TOWING

DATED: ____________

______________________________
NICHOLAS DUNSTON
Attorney for Plaintiff VW CREDIT LEASING LTD

Date: December 16, 2023

RIDLEY♦MASTER

By: /s/ Lisa K. Rauch
Todd H. Master
Lisa K. Rauch
Shangyayi "Sheryl" Liu
Attorneys for Defendant
CITY OF SAN MATEO

DATED: ____________

______________________________
MARC D. BENDER
Attorney for Defendant RED LINE TOWING