NICHOLAS A. DUSTON, ESQ.
Norris McLaughlin PA
400 Crossing Blvd, 8th Floor
Bridgewater, NJ
08807-5933
Tel. (908) 252-4208
Fax (908) 722-0755
Email: naduston@norris-law.com
Attorneys for Plaintiff, VW CREDIT LEASING LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VW CREDIT LEASING LTD,<br><br>Plaintiff,<br>v.<br><br>THE CITY OF SAN MATEO and RED LINE TOWING,<br><br>Defendants. | **Civil Case No.: 3:23-cv-02884-DMR**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between plaintiff, VW Credit Leasing Ltd. ("VW") and defendant Red Line Towing ("Red Line"), that all claims between Plaintiff and Redline in the above-captioned action be and hereby are dismissed in their entirety with prejudice and without costs to any party. This stipulation is not intended to have any effect on any parties' claims as to Defendant The City of San Mateo.

**NORRIS McLAUGHLIN, P.A.**
*Attorneys for Plaintiff VW Credit Leasing Ltd.*

By:______________________
Nicholas A. Duston, Esq.
Dated: 10/7/2024

**LAW OFFICE OF MARC D. BENDER**
*Attorneys for Defendant Red Line*

By:______________________
Marc Bender, Esq.
Dated: 10/7/24